UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Alejandrino Esparza-Medina<br><br>Defendant(s) | CRIMINAL NO. 08CR1092 L<br>                         08MJ1464<br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 08463298 |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / ✓ Order of Court).

Juan Alvira-Diaz

DATED: 5-27-08

**CATHY ANN BENCIVENGO**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                    DUSM

OR

W. SAMUEL HAMRICK, JR., Clerk

by _____
        Deputy Clerk
        L. HERNANDEZ

2008 MAY 27 PM 12

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082