UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                     )<br>              Plaintiff            )<br>                                                     )<br>       vs.                                      )<br>                                                     )<br> Alejandrino Esparza-Medina )<br>                                                     )<br>              Defendant(s)     )<br>_____ ) | CRIMINAL NO. __08mj1469__<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. __08463398__ |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Mariano Chacon-Mundo

DATED: __5-27-08__

**CATHY ANN BENCIVENGO**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

                                                OR

RECEIVED _____
                       DUSM

W. SAMUEL HAMRICK, JR.  Clerk
    by  /s/ Hernandez
              Deputy Clerk
              HERNANDEZ