AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAY 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ALEJANDRINO ESPARZA-MEDINA | CASE NUMBER: 08 CR 1692-L |

I, ALEJANDRINO ESPARZA-MEDINA, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on May 27, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Alejandrino esparza_
Defendant

_[signature]_
Defense Counsel

Before _[signature]_
Judicial Officer

Translated by: Danielle Leyva
on 5/20/08